# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBIN MARIE MCSHERRY,** | : | |
| | : | Civil Action No. 1:04-CV-132 |
| **Plaintiff** | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **DEPARTMENT OF LABOR &** | : | |
| **INDUSTRY, BUREAU OF WORKERS'** | : | |
| **COMPENSATION,** | : | |
| | : | |
| **Defendant** | : | |

And now, this 2nd day of August, 2005, upon consideration of the parties' motion for stay (Doc. No. 46), **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. This action is hereby stayed pending disposition of Defendant's motion for summary judgment and further order of the Court.

S/ Yvette Kane
Yvette Kane
United States District Judge